IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 04CR10177JLT |
| | : | CRIMINAL ACTION - |
| | : | Count One: |
| v. | : | 8 U.S.C. 1326(a) |
| LUIS CARLOS PEREZ-JIMENEZ a/k/a | : | (Illegal Re-entry of |
| Carlos Perez a/k/a | : | Deported Alien) |
| Luis Jimenez a/k/a | : | Count Two: |
| Alberto Lopera a/k/a | : | 42 U.S.C. §408(a)(7)(B) |
| Juan Areiza | : | (Social Security Number |
| | : | Misuse) |

**INDICTMENT**

**COUNT ONE:**   8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about May 17, 2004, at Boston, in the District of Massachusetts,

**LUIS CARLOS PEREZ-JIMENEZ a/k/a**
**Carlos Perez a/k/a**
**Luis Jimenez a/k/a**
**Alberto Lopera a/k/a**
**Juan Areiza**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

<u>**COUNT TWO:**</u> 42 U.S.C. §408(a)(7)(B)--Social Security Number Misuse

The Grand Jury further charges:

On or about May 17, 2004, at Boston, in the District of Massachusetts,

        **LUIS CARLOS PEREZ-JIMENEZ a/k/a**
             **Carlos Perez a/k/a**
             **Luis Jimenez a/k/a**
           **Alberto Lopera a/k/a**
              **Juan Areiza**

the defendant herein, with intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS            June 9, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:30p